United States District Court
Southern District of Texas
**ENTERED**
February 24, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SYLVIA P. ATKINSON, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-22-2652 |
| | § | |
| TONYA HAWKINS, | § | |
| WARDEN FPC BRYAN, | § | |
| | § | |
| Respondent. | § | |

## FINAL JUDGMENT

For the reasons set forth in the court's Memorandum Opinion and Order entered on this date, this action is **DISMISSED WITHOUT PREJUDICE**.

This is a **FINAL JUDGMENT**.

The Clerk will provide a copy of this Final Judgment to the parties.

**SIGNED** at Houston, Texas, on this 24th day of February 2023.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE